IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD A. BLANE,
    Petitioner,

vs.                               Case No. 3:10cv350/LAC/CJK

KENNETH S. TUCKER,
    Respondent.
_____

O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 29, 2012. (Doc. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Richard Alford Blane* in the Circuit Court for Walton County, Florida, Case No. 05-CF-57 is DENIED, and the clerk is directed to close the file.

3. A certificate of appealability is DENIED.

DONE AND ORDERED this 30th day of November, 2012.

                s/*L.A. Collier*
                LACEY A. COLLIER
                SENIOR UNITED STATES DISTRICT JUDGE